IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WALTER EVANS, )
)
Plaintiff, )
)
v. ) CIVIL NO. 3:11cv803-JRS
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

F I L E D
JUL 31 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on July 11, 2012 (ECF No. 14). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 14) is ADOPTED as the opinion of this Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 10) and Motion to Remand (ECF No. 11) are DENIED

(3) Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: JUL 31 2012

/s/
James R. Spencer
United States District Judge